Kyle McLean (SBN #330580)
Email: kmclean@sirillp.com
Mason Barney
Email: mbarney@sirillp.com
Tyler Bean
Email: tbean@sirillp.com
**SIRI & GLIMSTAD LLP**
700 S. Flower Street, Ste. 1000
Los Angeles, CA 90017
Telephone: 213-376-3739

*Attorneys for Plaintiff Lisa Mikec*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| LISA MIKEC, on behalf of herself and all others similarly situated,<br><br>                    Plaintiff,<br><br>v.<br><br>BLACKHAWK NETWORK, INC. d/b/a BLACKHAWK ENGAGEMENT SOLUTIONS,<br><br>                    Defendant. | Case No. 3:23-cv-05091<br><br>**PLAINTIFF'S VOLUNTARY DISMISSAL OF CLAIMS AGAINST DEFENDANT, WITH PREJUDICE** |

Plaintiff Lisa Mikec, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) and by and through the undersigned counsel, hereby voluntarily dismisses her individual claims against Blackhawk Network, Inc. d/b/a Blackhawk Engagement Solutions, with prejudice, with each party to bear their own fees and costs.

1

Dated: March 29, 2024

Respectfully submitted,

By:  */s/ Kyle McLean*
Kyle McLean (SBN #330580)
Email: kmclean@sirillp.com
Mason Barney
Email: mbarney@sirillp.com
Tyler Bean
Email: tbean@sirillp.com
**SIRI & GLIMSTAD LLP**
700 S. Flower Street, Ste. 1000
Los Angeles, CA 90017
Telephone: 213-376-3739

*Attorneys for Plaintiff Mikec*

2

PLAINTIFF'S VOLUNTARY DISMISSAL OF CLAIMS AGAINST DEFENDANT

## CERTIFICATE OF SERVCIE BY ELECTRONIC TRANSMISSION

I am a citizen of the United States and employed in New York, New York. I am over the age of eighteen years and not a party to the within-entitled action. My business address is: 745 5th Avenue, Suite 500, New York, NY 10151. On March 29, 2024, I served true copies of the following document(s) described as:

**PLAINTIFF'S VOLUNTARY DISMISSAL OF CLAIMS AGAINST DEFENDANT**

on all interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

☒ **BY ELECTRONIC SERVICE:** I electronically filed the document(s) with the Clerk of the Court by using the Case Anywhere system. Participants in the case who are registered users will be served by the Case Anywhere system. Participants in the case who are not registered users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on March 29, 2024 at New York, New York.

*Enrica Peters*
Enrica Peters

3

PLAINTIFF'S VOLUNTARY DISMISSAL OF CLAIMS AGAINST DEFENDANT